| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS** |
| Case number (if known): _____  Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.**

1. **Debtor's name**  
   **SunRise Trucking Inc.**

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   8 7 – 0 5 7 6 5 8 5

4. **Debtor's address**

   **Principal place of business**

   **8421 McKissick Meadows Rd.**
   Number   Street

   _____

   **Princeton**     **TX**   **75407**
   City            State   ZIP Code

   **Collin**
   County

   **Mailing address, if different from principal place of business**

   _____
   Number   Street

   _____
   P.O. Box

   _____
   City            State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number   Street

   _____
   City            State   ZIP Code

5. **Debtor's website (URL)**  _____

6. **Type of debtor**  
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Debtor **SunRise Trucking Inc.** _____ Case number (if known) _____

**7.  Describe debtor's business**

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

   **4  8  4  2**

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.   *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When _____ (MM/DD/YYYY) Case number _____
           District _____ When _____ (MM/DD/YYYY) Case number _____
           District _____ When _____ (MM/DD/YYYY) Case number _____

Debtor **SunRise Trucking Inc.** _____  Case number (if known) _____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☑ Yes.  Debtor **Michael Chad & Ladona Dalebout**   Relationship **Owner**
District **Eastern District of Texas**   When **03/31/2017**
MM / DD / YYYY
Case number, if known **17-40655**

Debtor _____   Relationship _____
District _____   When _____
MM / DD / YYYY
Case number, if known _____

**11.** **Why is the case filed in _this district?_**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**   *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number   Street
_____
_____   _____   _____
City                              State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

### Statistical and adminstrative information

**13.** **Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 3

Debtor **SunRise Trucking Inc.**_____   Case number (if known) _____

14. **Estimated number of creditors**
   - ☒ 1-49
   - ☐ 50-99
   - ☐ 100-199
   - ☐ 200-999
   - ☐ 1,000-5,000
   - ☐ 5,001-10,000
   - ☐ 10,001-25,000
   - ☐ 25,001-50,000
   - ☐ 50,001-100,000
   - ☐ More than 100,000

15. **Estimated assets**
   - ☐ $0-$50,000
   - ☐ $50,001-$100,000
   - ☐ $100,001-$500,000
   - ☐ $500,001-$1 million
   - ☒ $1,000,001-$10 million
   - ☐ $10,000,001-$50 million
   - ☐ $50,000,001-$100 million
   - ☐ $100,000,001-$500 million
   - ☐ $500,000,001-$1 billion
   - ☐ $1,000,000,001-$10 billion
   - ☐ $10,000,000,001-$50 billion
   - ☐ More than $50 billion

16. **Estimated liabilities**
   - ☐ $0-$50,000
   - ☐ $50,001-$100,000
   - ☐ $100,001-$500,000
   - ☒ $500,001-$1 million
   - ☐ $1,000,001-$10 million
   - ☐ $10,000,001-$50 million
   - ☐ $50,000,001-$100 million
   - ☐ $100,000,001-$500 million
   - ☐ $500,000,001-$1 billion
   - ☐ $1,000,000,001-$10 billion
   - ☐ $10,000,000,001-$50 billion
   - ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

   ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

   ■ I have been authorized to file this petition on behalf of the debtor.

   ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on **04/27/2017**
   MM / DD / YYYY

   X **/s/ Michael Chad Dalebout**    **Michael Chad Dalebout**
   Signature of authorized representative of debtor    Printed name

   Title **Director**

18. **Signature of attorney**

   X **/s/ Joyce Lindauer**    Date **04/27/2017**
   Signature of attorney for debtor    MM / DD / YYYY

   **Joyce Lindauer**
   Printed name
   **Joyce W. Lindauer Attorney, PLLC**
   Firm name
   **12720 Hillcrest Road, Suite 625**
   Number     Street

   **Dallas**    **TX**    **75230**
   City    State    ZIP Code

   **(972) 503-4033**    **joyce@joycelindauer.com**
   Contact phone    Email address
   **21555700**    **TX**
   Bar number    State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

In re **SunRise Trucking Inc.**　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept................................................................ | **$10,000.00** |
| Prior to the filing of this statement I have received....................................................... | **$3,000.00** |
| Balance Due.................................................................................................................. | **$7,000.00** |

2. The source of the compensation paid to me was:
   ☐ Debtor　　　☑ Other (specify)
   　　　　　　　　**Michael Chad Dalebout**

3. The source of compensation to be paid to me is:
   ☑ Debtor　　　☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<div style="border:1px solid black; padding:10px;">

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **04/27/2017** | **/s/ Joyce Lindauer** |
|---|---|
| *Date* | *Joyce Lindauer*                Bar No.  21555700 |
| | Joyce W. Lindauer Attorney, PLLC |
| | 12720 Hillcrest Road, Suite 625 |
| | Dallas, TX 75230 |
| | Phone: (972) 503-4033 / Fax: (972) 503-4034 |

</div>

 **/s/ Michael Chad Dalebout**

*Michael Chad Dalebout*
*Director*

**Fill in this information to identify the case:**

Debtor name  **SunRise Trucking Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | BMO P.O. Box 3040 Cedar Rapids, IA 52406 | | Purchase Money | | $85,823.00 | $0.00 | $85,823.00 |
| 2 | BMO P.O. Box 3040 Cedar Rapids, IA 52406 | | Purchase Money | | $178,206.00 | $140,000.00 | $38,206.00 |
| 3 | McKinney Trailer Rentals 2723 Carl Rd Irving, TX 75062 | | Contract/Lease | | | | $22,385.26 |
| 4 | BMO P.O. Box 3040 Cedar Rapids, IA 52406 | | Purchase Money | | $155,535.00 | $140,000.00 | $15,535.00 |
| 5 | Southern Tire Mart Dept 143 P.O. Box 1000 Memphis, TN 38148-0143 | | Line of Credit | | | | $12,133.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor   **SunRise Trucking Inc.**                                    Case number (if known) _____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | BMO  P.O. Box 3040  Cedar Rapids, IA  52406 | | Purchase Money | | $81,570.00 | $70,000.00 | $11,570.00 |
| 7 | BMO  P.O. Box 3040  Cedar Rapid, IA 52406 | | Purchase Money | | $79,495.00 | $70,000.00 | $9,495.00 |
| 8 | BMO  P.O. Box 3040  Cedar Rapids, IA  52406 | | Purchase Money | | $82,122.00 | $80,000.00 | $2,122.00 |
| 9 | United Rental  3515 Trailer Dr  Charlotte, NC  28269 | | Lease Arrearages | | | | $1,218.00 |
| 10 | Nets Trailer Leasing of Texas  902 W Oakdale Rd  Grand Prairie, TX  75050 | | Contract/Lease | | | | $0.00 |
| 11 | ABC/Amega  500 Seneca Street Ste 400  Buffalo, NY  14204 | | Collection Agent | | | | $0.00 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:   **SunRise Trucking Inc.**                              CASE NO

                                                                CHAPTER   **11**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  4/27/2017                           Signature  /s/ Michael Chad Dalebout
                                                     *Michael Chad Dalebout*
                                                     *Director*

Date _____          Signature _____

ABC/Amega  
500 Seneca Street Ste 400  
Buffalo, NY  14204

Attorney General of Texas  
Bankruptcy Division  
PO Box 12548  
Austin, TX 78711-2548

BMO  
P.O. Box 3040  
Cedar Rapid, IA 52406

BMO  
P.O. Box 3040  
Cedar Rapids, IA  52406

Comptroller of Public Accts  
Rev Acctg Div/Bankruptcy Dept  
PO BOX 13528  
Austin, TX 78711

Internal Revenue Service  
Mail Code DAL-5020  
1100 Commerce Street  
Dallas, Texas  75242

Internal Revenue Service  
Centralized Insolvency  
PO Box 7346  
Philadelphia, PA  19101-7346

Linebarger Goggan Blair & Sampson  
2777 N. Stemmons Freeway  
Suite 1000  
Dallas, TX 75207

McKinney Trailer Rentals  
2723 Carl Rd  
Irving, TX  75062

```
Nets Trailer Leasing of Texas
902 W Oakdale Rd
Grand Prairie, TX   75050



Southern Tire Mart
Dept 143
P.O. Box 1000
Memphis, TN   38148-0143


Texas Workforce Commission
101 East 15th Street
Austin, TX 78778-0001



U. S. Attorney
110 N. College Ave.
Suite 700
Tyler, TX 75702-0204


U. S. Trustee's Office
110 N. College Street
Suite 300
Tyler, TX 75702-7231


United Rental
3515 Trailer Dr
Charlotte, NC   28269
```