Joyce W. Lindauer
State Bar No. 21555700
Sarah M. Cox
California State Bar No. 245475
Jamie N. Kirk
State Bar No. 24076485
Jeffery M. Veteto
State Bar No. 24098548
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road, Suite 625
Dallas, Texas 75230
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **SUNRISE TRUCKING INC.,** | § | CASE NO. 17-40860-btr |
| | § | |
| Debtor. | § | Chapter 11 |

**MOTION TO REJECT EXECUTORY CONTRACT WITH**
**MCKINNEY TRAILER RENTAL**

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING. IF YOU FAIL TO APPEAR AT ANY SCHEDULED HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

**COMES NOW** SunRise Trucking Inc. ("Debtor"), Debtor and Debtor-in-Possession in the above-styled and numbered case, and files this its *Motion to Reject Contract with McKinney*

*Trailer Rental* (the "Motion") and in support of same would respectfully show the Court as follows:

1. Debtor filed its voluntary petition under Chapter 11, Title 11, of the United States Bankruptcy Code on April 27, 2017, in the United States Bankruptcy Court for the Eastern District of Texas, Sherman Division.

2. This Court has jurisdiction over this matter pursuant to 11 U.S.C. §§ 363(b) and (f) and 365(b) and f(2) and 28 U.S.C. §§ 1334 and 157. This is a core proceeding.

3. Prior to filing this case, Debtor began returning leased trailers to McKinney Trailer Rental but not all the trailers had been picked up when this case was filed.

4. Debtor now desires to reject its executory contract with McKinney Trailer Rental for the lease of nine (9) Swing AirRide Trailers and return the remaining trailers. A list of the trailers to be returned to McKinney Trailer Rental is attached hereto as Exhibit "A."

5. The trailers are not necessary for an effective reorganization of the Debtor and Debtor requests that the Court enter an order allowing it to return the leased trailers.

**WHEREFORE, PREMISES CONSIDERED**, Debtor respectfully requests that the Court enter an Order granting this Motion, and for such other and further relief to which the Debtor may show itself justly entitled.

Dated: May 2, 2017.

    Respectfully submitted,

      */s/ Joyce W. Lindauer*
    Joyce W. Lindauer
    State Bar No. 21555700
    Sarah M. Cox
    California State Bar No. 245475
    Jamie N. Kirk
    State Bar No. 24076485
    Jeffery M. Veteto

State Bar No. 24098548  
Joyce W. Lindauer Attorney, PLLC  
12720 Hillcrest Road, Suite 625  
Dallas, Texas 75230  
Telephone: (972) 503-4033  
Facsimile: (972) 503-4034  
PROPOSED ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 2, 2017, a true and correct copy of the foregoing Motion was served via United States first class mail, postage prepaid, upon the parties on the attached service list.

    */s/ Joyce W. Lindauer*  
    Joyce W. Lindauer

| Unit_Num | Old # | Dept_Code | Date_Out | Date_in | Billing_Class_Description | Year | Make | Vin_Num | License_No. | State | Trailer_Use | Main_Yard |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 520285 | 3620 | DAL-TR | 05/09/2012 | | 53 ft. Van 102 in. Swing AirRide | 2005 | Strick | 1S12E95355E502542 | 7966KG | OK | Local | DALLAS |
| 520384 | 3887 | DAL-TR | 04/24/2013 | | 53 ft. Van 102 in. Swing AirRide | 2007 | Wabash | 1JJV532W57L097934 | 8350LD | OK | Local | DALLAS |
| 520379 | 3882 | DAL-TR | 05/31/2013 | | 53 ft. Van 102 in. Swing AirRide | 2007 | Wabash | 1JJV532W57L097819 | 8348LD | OK | Local | DALLAS |
| 520410 | 3915 | DAL-TR | 08/07/2013 | | 53 ft. Van 102 in. Swing AirRide | 2007 | Wabash | 1JJV532W47L098279 | 7991KG | OK | Local | DALLAS |
| 520620 | 4338 | DAL-TR | 08/12/2013 | | 53 ft. Van 102 in. Swing AirRide | 2014 | Wabash | 1JJV532D5EL797335 | 3411JZ | OK | Road | DALLAS |
| 520616 | 4334 | DAL-TR | 08/12/2013 | | 53 ft. Van 102 in. Swing AirRide | 2014 | Wabash | 1JJV532D3EL797320 | 3415JZ | OK | Road | DALLAS |
| 520617 | 4335 | DAL-TR | 08/12/2013 | | 53 ft. Van 102 in. Swing AirRide | 2014 | Wabash | 1JJV532D5EL797321 | 3414JZ | OK | Road | DALLAS |
| 520619 | 4337 | DAL-TR | 08/12/2013 | | 53 ft. Van 102 in. Swing AirRide | 2014 | Wabash | 1JJV532DXEL797332 | 3412JZ | OK | Road | DALLAS |
| 520136 | 1891 | DAL-TR | 01/29/2015 | | 53 ft. Van 102 in. Swing AirRide | 2005 | Vanguard | 5V8VA53255M500276 | 7362LG | OK | Local | DALLAS |

**EXHIBIT "A"**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 17-40860<br>Eastern District of Texas<br>Sherman<br>Mon May  1 11:59:19 CDT 2017 | ABC/Amega<br>500 Seneca Street Ste 400<br>Buffalo, NY 14204-1963 | Attorney General of Texas<br>Bankruptcy Division<br>PO Box 12548<br>Austin, TX 78711-2548 |
| BMO<br>P.O. Box 3040<br>Cedar Rapid, IA 52406-3040 | BMO<br>P.O. Box 3040<br>Cedar Rapids, IA 52406-3040 | Eboney Cobb<br>Perdue Brandon Fielder Collins & Mott<br>500 E. Border Street, Suite 640<br>Arlington, TX 76010-7457 |
| (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | Internal Revenue Service<br>Centralized Insolvency<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | Internal Revenue Service<br>Mail Code DAL-5020<br>1100 Commerce Street<br>Dallas, Texas 75242-1100 |
| Joyce W. Lindauer<br>12720 Hillcrest Road<br>Suite 625<br>Dallas, TX 75230-2163 | Linebarger Goggan Blair & Sampson<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 | McKinney Trailer Rentals<br>2723 Carl Rd<br>Irving, TX 75062-6440 |
| Nets Trailer Leasing of Texas<br>902 W Oakdale Rd<br>Grand Prairie, TX 75050-7308 | Princeton ISD<br>C/O PERDUE, BRANDON, FIELDER, ET AL<br>500 E. Border St. Ste. 640<br>Arlington, TX 76010-7457 | Southern Tire Mart<br>Dept 143<br>P.O. Box 1000<br>Memphis, TN  38148-0143 |
| SunRise Trucking Inc.<br>8421 McKissick Meadows Rd.<br>Princeton, TX 75407-2519 | Texas Workforce Commission<br>101 East 15th Street<br>Austin, TX 78778-0001 | U. S. Attorney<br>110 N. College Ave.<br>Suite 700<br>Tyler, TX 75702-0204 |
| U. S. Trustee's Office<br>110 N. College Street<br>Suite 300<br>Tyler, TX 75702-7231 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 |
| United Rental<br>3515 Trailer Dr<br>Charlotte, NC 28269-4401 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Comptroller of Public Accts<br>Rev Acctg Div/Bankruptcy Dept<br>PO BOX 13528<br>Austin, TX 78711 | End of Label Matrix<br>Mailable recipients    21<br>Bypassed recipients     0<br>Total                  21 |