Joyce W. Lindauer
State Bar No. 21555700
Sarah M. Cox
California State Bar No. 245475
Jamie N. Kirk
State Bar No. 24076485
Jeffery M. Veteto
State Bar No. 24098548
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road, Suite 625
Dallas, Texas 75230
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR DEBTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SUNRISE TRUCKING INC., | § | CASE NO. 17-40860-btr |
| | § | |
| Debtor. | § | Chapter 11 |

### NOTICE OF EMERGENCY HEARING

PLEASE TAKE NOTICE that an emergency hearing on the Debtor's Emergency Motion for Approval of Post-Petition Financing [Docket No. 5] will be held on **May 5, 2017 at 9:30 a.m.** in the Courtroom of the Honorable Chief Judge Brenda T. Rhoades, United States Bankruptcy Court, 660 N. Central Expressway, Suite 300B, Plano, Texas 75074.

Dated: May 4, 2017.

        Respectfully submitted,

        */s/ Joyce W. Lindauer*
        Joyce W. Lindauer
        State Bar No. 21555700
        Joyce W. Lindauer Attorney, PLLC
        12720 Hillcrest Road, Suite 625
        Dallas, Texas 75230
        Telephone: (972) 503-4033
        Facsimile: (972) 503-4034
        PROPOSED ATTORNEYS FOR DEBTOR